UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID LOW

VERSUS

ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY, ET AL

CIVIL ACTION

22-768-SDD-RLB

RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendations*[1] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated October 3, 2023, to which no objection was filed. Plaintiff filed a *Motion to Dismiss*[2] stating that he does not wish to proceed with this case.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is dismissed without prejudice pursuant to Local Rule 41(b) for failure to prosecute.

Signed in Baton Rouge, Louisiana the 25 day of October, 2023.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 27.
[2] Rec. Doc. 28.